ROGER KANE, as Administrator of EDWARD O'TOOLE, Deceased, Respondent, *v.* THE MITCHELL TRANSPORTATION COMPANY, Appellant.

*Kane* v. *Mitchell Transportation Co.*, 90 Hun, 65, affirmed.
(Argued June 15, 1897; decided October 5, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered November 9, 1895, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Josiah Cook* for appellant.

*John Laughlin* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.

---

WILLIAM FOX, by Guardian ad Litem, Respondent, *v.* JOSEPH LE COMTE, Appellant.

*Fox* v. *Le Comte*, 2 App. Div. 61, affirmed.
(Argued June 16, 1897; decided October 5, 1897.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1896, which affirmed a judgment of the City Court of Brooklyn in favor of plaintiff, entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Flamen B. Candler* and *Egerton L. Winthrop, Jr.*, for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.